**Order filed, August 09, 2022.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-22-00500-CR**
_____

**DEAUNDRIC JAQUAY DORSEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1645467**

---

**ORDER**

The reporter's record in this case was due February 7, 2022.  *See* Tex. R. App. P. 35.1.  The court sent past due notice for the reporter's record on July 15, 2022. No response was received, and the record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Serena Pace Wagner**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson